J. S. AYERS AND JESSE KEEL, TRADING AS J. S. AYERS AND COMPANY, v. L. S. CURTIS AND WIFE, MINNIE CURTIS.

(Filed 7 October, 1931.)

APPEAL by plaintiffs from *Moore, Special Judge,* at June Special Term, 1931, of MARTIN.

Civil action to recover for goods sold and delivered during the years 1928 and 1929.

Judgment in favor of the plaintiffs was rendered against L. S. Curtis, but the court directed a nonsuit as to Mrs. Minnie Curtis, from which the plaintiffs appeal, assigning error.

*Jos. W. Bailey for plaintiffs.*
*B. A. Critcher, J. C. Smith and A. R. Dunning for defendants.*

PER CURIAM. The plaintiffs, having failed to make out a case against Mrs. Minnie Curtis, were properly nonsuited as to her.

Affirmed.